UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAMIL GULMANN SHIHAB,
       Plaintiff,

   -v-

OFFICE MAGAZINE LLC, *et al.*,
       Defendants.

23-CV-10294 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

  Plaintiff Jamil Gulmann Shihab filed a complaint on November 22, 2023. (ECF No. 1.) Defendant Office Magazine LLC was served on December 5, 2023, and a response to the complaint was due December 26, 2023. (ECF No. 8.) Defendant has not entered an appearance, however, and no response to the complaint has been filed in the allotted time. Plaintiff has not moved for a default judgment.

  Plaintiff is directed to notify the Court whether it intends to move for default judgment, or if it has received any communication from Defendant or Defendant's counsel regarding a response to the complaint.

  If Plaintiff fails by February 6, 2024 to either (1) file a letter concerning the status of the case, or (2) move for default judgment against Defendant, the action may be dismissed for failure to prosecute.

  Plaintiff is directed to serve a copy of this order by mail on Defendant.

  SO ORDERED.

Dated: January 16, 2024
    New York, New York

                _____
                  J. PAUL OETKEN
                United States District Judge