UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAMIL GULMANN SHIHAB,
                Plaintiff,

                  23-CV-10294 (JPO)

     -v-

                  DEFAULT JUDGMENT

OFFICE MAGAZINE LLC,
                Defendant.

A judgment is hereby GRANTED and ENTERED against Office Magazine, LLC, a New York limited liability company, and in favor of Jamil Gulmann Shihab p/k/a Jamil GS, an individual, as follows:

1. Statutory damages in the amount of $25,000.00 per infringed work, plus $25,000.00 for the removal of Plaintiff's copyright management information, for a total of $125,000.

2. Attorneys' fees in the amount of $4,740.00.

3. Reasonable costs and expenses in the amount of $652.00.

The total judgment hereby entered against Office Magazine, LLC is $130,392.00.

    SO ORDERED.

Dated: July 10, 2024
       New York, New York

                                            J. PAUL OETKEN
                                            United States District Judge